DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN WEINBERGER, MARC WEINBERGER,** and **12170 CWELT, LLC.,**
Appellants,

v.

**GREEN TREE SERVICING, LLC.,**
Appellee.

No. 4D19-1145

[June 11, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE14-004643.

Bruce Botsford of Bruce Botsford, P.A., Fort Lauderdale, for appellants.

Jonathan L. Blackmore of Phelan Hallinan Diamond & Jones, PLLC., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*[1]

WARNER, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 2 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-137 (extending, until 12:01 a.m. on July 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.